# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2025 ND 22

State of North Dakota,                                    Plaintiff and Appellee

   v.

Jarrod Donald Henderson,                          Defendant and Appellant

### No. 20240118

Appeal from the District Court of Ward County, North Central Judicial District, the Honorable Todd L. Cresap, Judge.

AFFIRMED.

Per Curiam.

Logan J. Simons, Assistant State's Attorney, Minot, ND, for plaintiff and appellee.

Kiara C. Kraus-Parr, Grand Forks, ND, for defendant and appellant.

**State v. Henderson**
No. 20240118

**Per Curiam.**

[¶1]  Jarrod Henderson appeals from a criminal judgment entered after a jury found him guilty of unlawful possession of drug paraphernalia and unlawful possession of a firearm by a felon. He argues the evidence is insufficient to support the verdicts. We summarily affirm under N.D.R.App.P. 35.1(a)(3), concluding there was sufficient evidence to support the guilty verdicts, and N.D.R.App.P. 35.1(a)(7). *See State v. Enriquez*, 2024 ND 164, ¶ 24, 10 N.W.3d 777 (concluding the State can rely on surrounding facts and circumstances, including testimony from a lay witness, to prove a weapon is a firearm as defined in N.D.C.C. § 12.1-01-04(9), a statutory provision that is nearly identical to the definition under N.D.C.C. § 62.1-01-01(3), as charged in this case).

[¶2]  Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr

1
